# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-43 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Steger |
| NOAH ABRAHAM JOHNSON | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 47] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Fifteen of the twenty count Indictment; (2) accept Defendant's guilty plea to Counts One and Fifteen of the twenty count Indictment; (3) adjudicate Defendant guilty of Count One: conspiracy to distribute 40 grams or more of fentanyl in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B), and 846; (4) adjudicate Defendant guilty of Count Fifteen: possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and (5) order that Defendant remain in custody pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 47] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Fifteen of the twenty count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Fifteen of the twenty count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of Count One: conspiracy to distribute 40 grams or more of fentanyl in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B), and 846;

4. Defendant is hereby **ADJUDGED** guilty of Count Fifteen: possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **February 12, 2026, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**